**Opinion issued December 17, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00848-CV

———————————

### ANSCO & ASSOCIATES, LLC, Appellant

### V.

### CENTERPOINT ENERGY RESOURCES CORP., D/B/A CENTERPOINT ENERGY TEXAS GAS OPERATIONS, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1205803-801**

---

## MEMORANDUM OPINION

Appellant has filed an agreed motion to dismiss this restricted appeal pursuant to a settlement agreement. Appellant and appellee agreed that costs should be assessed against the party who incurred them.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.